FILED IN THE
UNITED STATES
BANKRUPTCY COURT

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

2011 JAN 20 AM 11: 19

## DEPOSIT OF UNCLAIMED FUNDS

DISTRICT OF UTAH
MAIL

| In re:<br>BICKNELL ROBBINS<br>PAMELA ROBBINS<br>Debtor(s). | CHAPTER # 7<br>BANKRUPTCY # 10-21188 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_X_ B The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**                **CHECK AMOUNT**

Rocky Mountain Power                                $2.59
Attn: Bankruptcy
P.O. Box 25308
SLC, UT 84125

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$2.59** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this _17th_ day of January, 2011.

/s/
Steven R. Bailey, Trustee